IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CARLOS NELSON

V.     NO. 3:09CV00063 GTE

TIMOTHY L. DEAN AND
ARKANSAS STATE UNIVERSITY

### ORDER

The Complaint in this matter was filed on February 4, 2009. More than 120 days have passed since the filing of this case and no proof of service has been filed. The Plaintiff will be given up to and including June 19, 2009, to file proof of service on the Defendants or this case will be dismissed without prejudice for failure to prosecute this action.

SO ORDERED this 9th day of June, 2009.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE